**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.252.213.89,<br><br>　　　　　　Defendant. | Case Number: 5:17-cv-05963-NC<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* MOTION FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

　　THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* Motion for Adjournment of the Initial Case Management Conference scheduled for January 17, 2018, and the Court being duly advised in the premises does hereby:

　　ORDER AND ADJUDGE:  Plaintiff's Motion is granted in part.  The Initial Case Management Conference scheduled for January 17, 2018 is continued to February 28, 2018 at 10:00 a.m., with statement due February 21, 2018.

　　SO ORDERED this 12th day of January, 2018.

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Nathanael M. Cousins]*
*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

---

Order on Plaintiff's *Ex-Parte* Motion for Adjournment of Initial Case Management Conference
Case No. 5:17-cv-05963-NC