Lincoln D. Bandlow, Esq. (CA Bar #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 holdings, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:17-cv-05963-NC |
| Plaintiff, | Honorable Nathanael M. Cousins |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE** |
| JOHN DOE subscriber assigned IP address 73.252.213.89, | |
| Defendant. | |

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u> on the basis that today is Plaintiff's Fed. R. Civ. P. 4(m) deadline. John Doe was assigned the IP address 73.252.213.89. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: 1/16/2018               Respectfully submitted,

                               By: <u>/s/ *Lincoln D. Bandlow*     </u>
                               Lincoln D. Bandlow, Esq.
                               FOX ROTHSCHILD LLP
                               *Attorney for Plaintiff*

1